# UNITED STATES BANKRUTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: John H. Sanderson, III    :    Case No. 21-12084-elf
                                 :
         Debtor                  :    Chapter 13
                                 :

_____

## **ORDER**

AND NOW, this _____ day of _____ , 2021, upon consideration of Movant's Motion for Relief from the Automatic Stay, and finding that the Debtor has failed to pay rent due and owing for August, September, and October 2021, it is hereby ORDERED and DECREED that the Movant's Motion is granted and that the Movant may proceed with the hearing to retake possession of 121 Matlack Drive, Maple Shade, NJ 08052.

BY THE COURT:

_____
Hon. Eric L. Frank, U.S.B.J.

cc:    William R. McLaughlin, Esq.
       McLaughlin Law Office, P.C.
       6701 Germantown Ave., Ste. 210-7
       Philadelphia, PA 19119

       Kenneth E. West, Esquire          Brad J. Sadek, Esquire
       Chapter 13 Trustee                Sadek and Cooper Law Offices
       PO Box 40837                      1315 Walnut Street, Suite 502
       Philadelphia, PA 19107            Philadelphia, PA 19107