# UNITED STATES BANKRUTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John H. Sanderson, III  :  Case No. 21-12084-elf

Debtor  :  Chapter 13

## ORDER

AND NOW, this __27th__ day of __October__, 2021, upon consideration of Movant's Motion for Relief from the Automatic Stay filed by Roberts Mill Apartment Associates, LLC ("the Movant"), and there being no response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Movant may exercise its rights under applicable nonbankruptcy law to obtain possession of 121 Matlack Drive, Maple Shade, NJ 08052.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**